IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01702-MSK-BNB

KAHL & PARTNERS, LTD.,

    Plaintiff,

v.

WATERMARK PADDLESPORTS, INC., d/b/a YAKIMA PRODUCTS,

    Defendant.

_____

## ORDER TO CLOSE CASE
_____

THIS MATTER having come before the Court, *sua sponte,* and the record revealing that the matter has been concluded,

IT IS ORDERED that the Clerk shall close the case.

Dated this 17th day of January 2006.

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge